# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAURICE TERRANCE MOORE,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 84513

**FILED**

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on December 10, 2021. The district court served notice of entry of that order on appellant on December 14, 2021. Appellant did not file the notice of appeal, however, until April 4, 2022, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-12118

cc:  Hon. Christy L. Craig, District Judge
     Maurice Terrance Moore
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A